IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **DIANA QUINTANILLA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-131 |
| | § | |
| **ROCKET MORTGAGE, LLC f/k/a** | § | |
| **QUICKEN LOANS, LLC f/k/a** | § | |
| **QUICKEN LOANS, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Diana Quintanilla ("Plaintiff") and Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. ("Defendant" or "Rocket Mortgage") (collectively the "Parties"), hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed.

Respectfully submitted,

By:   /s/ *Shelley L. Hopkins*
Shelley L. Hopkins – *Attorney In Charge*
State Bar No. 24036497
SD ID No. 926469
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
SD ID No. 2647781

          BARRETT DAFFIN FRAPPIER
          TURNER & ENGEL, LLP
          4004 Belt Line Road, Ste. 100
          Addison, Texas 75001
          (972) 386-5040
          (972) 341-0734 (Facsimile)
          RobertFO@bdfgroup.com

          **ATTORNEYS FOR DEFENDANT**

By: /s/ *Ramon S. Rodriguez, Jr.*
   Ramon S. Rodriguez, Jr.
   State Bar No. 17148360
   Rodriguez & Garza, PLLC
   247 W. Olmos Dr., Suite 200
   San Antonio, Texas 78212
   Tel: (210) 281-0248
   Fax: (210) 549-2556
   rsrjr04@hotmail.com

   Itzel Martinez-Santos
   State Bar No. 24105036
   The Law Offices of
   Martinez & Martinez, PLLC
   310 S. St. Mary's St., Suite 980
   San Antonio, Texas 78205
   Tel: (210) 499-6448
   Fax: (210) 783-8555
   itzel@martinezlawtx.com

   **ATTORNEYS FOR PLAINTIFF**